UNITED STATES DISTRICT COURT
Western District of Kentucky

## EXHIBIT INVENTORY

Case Number: 5:15-CV-158     Style of Case: Cross v White
Received from: T. Turner     Received by: [signature]     Date: 11/28/16

Proceedings: Evidentiary Hearing

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| P-1 | Affidavit of Tamara Caldwell | | |
| P-2 | Affidavit of Rosie Crice | | |
| D-1 | Affidavit of Victoria Caldwell | | |

NOTES:

**DISPOSITION OF EXHIBITS:**

ITEMS:
RECEIVED BY: _____ DATE:
RETURNED BY: _____ DATE:
ITEMS:
RECEIVED BY: _____ DATE:
RETURNED BY: _____ DATE:
ITEMS:
RECEIVED BY: _____ DATE:
RETURNED BY: _____ DATE:
OTHER DISPOSITION:
DATE: _____ RETURNED BY: _____, Deputy Clerk